### STATE v MOON

### STATE v TERRELL

### McCLEARY v STATE

### BLAKE v STATE

### DALLISON v STATE

Ohio Supreme Court

Nos. 22677, 22685, 22978, 22992 & 22993.
Decided Dec 23, 1931

Marshall, CJ, Jones, Day, Allen and Kinkade, JJ, concur. Robinson, J, concurs in proposition 3 of the syllabus, but not in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**

### STATE ex ELY, Pros. Atty. etc v FALLS CITIES AMUSEMENT CO, etc

Ohio Supreme Court

No. 23158. Decided Dec 23, 1931

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**